Barno *v* Barno. Appeal from Wayne, Neal Fitzgerald, J. Submitted Division 1 February 2, 1972, at Detroit. (Docket No. 11390.) Decided March 30, 1972. Leave to appeal denied, 387 Mich 793.

*Lipton, Papista & Garfinkle, P. C.,* for plaintiff.

*Gus Cifelli,* for defendant.

Before: Lesinski, C. J., and J. H. Gillis and Quinn, JJ.

Memorandum Opinion. Plaintiff Lou Helen Barno was awarded a decree of divorce from defendant Nick Barno on January 28, 1971.

Defendant appeals as of right. On appeal defendant challenges the propriety of the property distribtuion made in the decree of divorce.

Examination of the record and briefs discloses no error.

Affirmed.